# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LOUIS POPKE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHANCE ANDES,<br><br>　　　　Respondent. | Case No. 1:24-cv-00779-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 9) |

　　　　Petitioner Douglas Louis Popke is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On July 2, 2024, Petitioner filed the instant petition for writ of habeas corpus. (ECF No. 1.) On July 9, 2024, the Court ordered Petitioner to show cause why the petition should not be dismissed as unexhausted. (ECF No. 6.) No response was filed, and on September 4, 2024, the Court directed Petitioner to file a notice regarding whether he will proceed only on his exhausted claim, withdraw the entire petition, or file a motion to stay. (ECF No. 8.)

　　　　On September 30, 2024, Petitioner filed the instant motion for a ninety-day extension of time to file his notice because the person assisting him needs additional time to review Petitioner's files. (ECF No. 9.)

///

///

1

IS IT HEREBY ORDERED that Petitioner is GRANTED until December 6, 2024, to file his notice.

IT IS SO ORDERED.

Dated: **October 1, 2024**          /s/ Eric P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE