**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS LOUIS POPKE,<br>Petitioner,<br>v.<br>CHANCE ANDES,<br>Respondent. | No. 1:24-cv-00779-JLT-EPG (HC)<br>ORDER TERMINATING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY<br>(Doc. 34) |

In light of the Ninth Circuit's grant of a certificate of appealability,[1] Petitioner's motion for a certificate of appealability (Doc. 34) is TERMINATED.

IT IS SO ORDERED.

Dated: July 17, 2026

UNITED STATES DISTRICT JUDGE

[1] Order, *Popke v. Andes*, No. 25-6797 (9th Cir. June 1, 2026), ECF No. 4.